UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 26 CR 31 |
|---|---|
| v. | |
| YSHONNE DAWKINS | Judge Laura K. McNally |

## ORDER

THIS COURT HEREBY unseals the above case.

THIS COURT FURTHER orders that the Complaint remain under seal until further order of this Court.

ENTER:

*Laura K. McNally*
LAURA K. MCNALLY
Magistrate Judge
United States District Court
Northern District of Illinois

Date: 2/9/2026