



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 26 CR 31 |
|---|---|
| v. | Violation: Title 18, United States Code, Section 1951(a) |
| VYSHONNE DAWKINS | |

**1:26-cr-0031**
**Judge Lindsay C. Jenkins**
**Magistrate Judge Laura K. McNally**
**Random / Cat. 3**

The SPECIAL APRIL 2025 GRAND JURY charges:

On or about January 21, 2026, at Blue Island, in the Northern District of Illinois, Eastern Division,

VYSHONNE DAWKINS,

defendant herein, did attempt to commit robbery, which robbery would have obstructed, delayed, and affected "commerce," as defined in Title 18, United States Code, Section 1951(b), and the movement of articles and commodities in commerce, by robbery, in that the defendant did attempt to unlawfully take and obtain a quantity of United States currency from the person and in the presence of an employee of Loomis US, while that employee was located at 11960 S. Western Avenue, Blue Island, Illinois, against his will, by means of actual and threatened force, and fear of injury to the employee;

In violation of Title 18, United States Code, Section 1951(a).

# FORFEITURE ALLEGATION

The SPECIAL APRIL 2025 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 1951(a), as set forth in this Indictment, defendant shall forfeit to the United States of America, any firearm and ammunition:

    a. involved in and used in any offense of conviction, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and

    b. found in the possession or under the immediate control of the defendant at the time of arrest, upon conviction of any offense for committing and attempting to commit any felony involving the use of threats, force, and violence, and perpetrated in whole or in part by the use of firearms, as provided in Title 18, United States Code, 3665.

2. The property to be forfeited includes, but is not limited to, a Spikes Tactical ST15 Rifle, bearing serial number 192408, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY